**UNITED STATES COURT OF APPEALS**
**for the Fifth Circuit**

_____

No. 96-30722
_____

WILLIAM A. WARD, DDS,

Plaintiff-Appellee
Cross-Appellant.

VERSUS

THE PAUL REVERE LIFE INSURANCE COMPANY,

Defendant-Appellant
Cross-Appellee.

_____

Appeal from the United States District Court
for the Western District of Louisiana
(94-CV-152)
_____
March 10, 1997

Before DAVIS, SMITH and DUHÉ, Circuit Judges.

PER CURIAM:[*]

The district court correctly granted summary judgment in this case.  Accordingly, we affirm the judgment of the district court for the reasons stated in its careful memorandum ruling on February 12, 1996.  We also find no error in the district court's order awarding attorney's fees and affirm that ruling based on the magistrate's report and recommendation of May 15, 1996.  We modify that award by adding $2,500 for fees incurred in defending this appeal.

AFFIRMED AS MODIFIED.

_____

[*]Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.